JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERT SALINAS,<br><br>    Plaintiff(s),<br><br>    v.<br><br>EL TORITO RESTAURANTS, INC., et al.,<br><br>    Defendant(s) | CASE NO. CV11-01616-AHM (JCGx)<br><br>ORDER REMOVING CASE FROM ACTIVE CASELOAD BY VIRTUE OF BANKRUPTCY FILING |

    The Court having been notified that Defendant El Torito Restaurants, Inc. has filed for bankruptcy protection,

    IT IS HEREBY ORDERED that this action is removed from the Court's active caseload until further application by the parties or Order of this Court.

    IT IS FURTHER ORDERED that counsel for plaintiff file quarterly status report commencing on February 6, 2012.

    This Court retains jurisdiction over this action and this Order shall not prejudice any party to this action.

    IT IS SO ORDERED.

DATED: December 1, 2011

**JS-6**

_____
A. Howard Matz
United States District Judge